# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 25, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711


Re:  Timothy Gregpru McClendon
     v. Texas
     No. 14-9040
     (Your No. WR-82, 254-01)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 5, 2015 and placed on the docket March 25, 2015 as No. 14-9040.




Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 3 1 2015

Abel Acosta, Clerk